In the Matter of the Application of AMY NATHAN, as Administratrix, etc., of OLGA STONE, Deceased, to Discover Certain Property of the Deceased, Claimed to Be Withheld. HOME OF THE DAUGHTERS OF ISRAEL, INC., Appellant; AMY NATHAN, as Administratrix, etc., Respondent.— Appeal from decree of the Surrogate's Court, New York county, entered in a discovery proceeding, directing

the Home of the Daughters of Israel, Inc., and its officers to turn over to the administratrix the sum of $1,477.54. Decree affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.; O'Malley and Untermyer, JJ., dissent and vote for reversal.